IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**LAWRENCE DONNELL LEWIS,**

    Petitioner,

v.                                                       Civil Action No. **3:15CV556**

**UNKNOWN,**

    Respondent.

## MEMORANDUM OPINION

By Memorandum Order entered on November 20, 2015, the Court conditionally docketed Petitioner's action. At that time, the Court directed Petitioner to affirm his intention to pay the full filing fee by signing and returning a consent to collection of fees form. The Court warned Petitioner that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action. By Memorandum Order entered on December 21, 2015, the Court granted Petitioner's motion for extension of time to comply with the November 20, 2015 Memorandum Order. The Court directed Petitioner that he must complete and return a consent to the collection of fees form within fifteen (15) days of the date of entry hereof.

More than fifteen days have passed since the entry of the December 21, 2015 Memorandum Order. Petitioner has not complied with the Court's order to return a consent to collection of fees form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Petitioner's conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 1/28/16
Richmond, Virginia

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 1/28/16
Richmond, Virginia